UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRECIA SHEPPARD,

       Plaintiff,                               Case No. 1:10-cv-33

v.                                           HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt 29). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 27, 2016, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 35) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt 29) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded fourteen thousand, eight hundred twenty-one dollars and fifty cents ($14,821.50) in fees and costs pursuant to 42 U.S.C. § 406(b).

Dated: June 14, 2016                                /s/Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge